UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Howard Watson and | § | |
| Keep Houston Safe SPAC, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-10-3211 |
| | § | |
| City of Houston Texas, | § | |
| | § | |
| Defendant. | § | |

## RECUSAL ORDER

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Any court settings are vacated.

Signed on the __7__ day of September, 2010.

_____
DAVID HITTNER
United States District Judge